# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144241-6 (189)

PATRICK MCCARTHY,
      Plaintiff-Appellant/Appellee,

v

EDWARD SOSNICK, et al.,
      Defendants-Appellees/Appellants.
_____

SC:    144241-6
CoA:  293482, 294385, 295784
LC:    08-089426-NO

On order of the Court, on its own motion, the Court finding that the repeated motions by Mr. McCarthy seeking disqualification of members of the Court on substantially identical grounds constitute frivolous and vexation pleadings, the motion for disqualification filed December 13, 2011 is stricken and will not be subject to further consideration.  MCR 2.114(E).

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2012

_____
Clerk